Date signed August 17, 2011



```
                                     PAUL MANNES
UNITED STATES BANKRU   U. S. BANKRUPTCY JUDGE
        DISTRICT OF MARYLAND
           (Greenbelt Division)
```

_____

In re:

Stellar GT TIC LLC,　　　　　　　　*　　　　　Ch. 11 Case No. 11-22977-PM
　　　　　　　　　　　　　　　　　*
VFF TIC LLC,　　　　　　　　　　*　　　　　Ch. 11 Case No. 11-22980-PM
　　　　　　　　　　　　　　　　　*
　　　　　　　　Debtors　　　　　*　　　　　Jointly Administered Under
　　　　　　　　　　　　　　　　　*　　　　　Ch. 11 Case No. 11-12977-PM
　　　　　　　　　　　　　　　　　*

_____

**MEMORANDUM TO COUNSEL**

It appearing that Stellar GT Lessee, LLC is an interested party in these cases and is being served, if at all, to the attention of no particular individual at 8777 1st Avenue, Silver Spring MD 20910; and it further appearing that Stellar GT Lessee, LLC is the debtor in Chapter 7 Case No. 10-17376 pending before the Court, the Hon. Wendelin I. Lipp, wherein Gary A. Rosen is the duly appointed Chapter 7 trustee and is being duly represented by Roger Schlossberg, Esq; and it further appearing that Kevin Newman of Greystar Management Services LP continues to operate as receiver of Stellar GT Lessee, LLC pursuant to orders of the Circuit Court for Montgomery County, Maryland, as continued by orders issued in said Chapter 7 case,

Counsel are hereby directed to serve all papers filed in the above-captioned cases on Stellar GT Lessee, LLC to the attention of the foregoing individuals so as to constitute effective notice to Stellar GT Lessee, LLC.

Cc: All Counsel of Record

     Gary A. Rosen, Chapter 7 Trustee of the Estate of Stellar GT Lessee, LLC